UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN,<br><br>　　　　　Defendant. | Case No. 17-cv-05776-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice and plaintiff's motion for relief (Docket No. 2) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 9, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK L. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT KERNAN,<br><br>    Defendant. | Case No. 17-cv-05776-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick L. Johnson ID: CDC AY-7574
CDC
P.O. Box 3476
Corcoran, CA 93212

Dated: January 9, 2018

                                                Susan Y. Soong
                                              Clerk, United States District Court

                                              By: *[signature]*
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO